**Entered on Docket
July 07, 2008
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

MICHAEL and CHRISTINE FARRELL,            No. 06-10863

             Debtor(s).
_____/

ROGER ASHKENAZI,

             Plaintiff(s),

       v.                                     A.P. No. 07-1038

MICHAEL and CHRISTINE FARRELL,

             Defendant(s).
_____/

ORDER DENYING LEAVE TO FILE COUNTERCLAIM
_____

       As the court has pointed out to the parties, a general release does not bar a subsequent dischargeability proceeding. Moreover, the covenant not to sue bars litigation only by one party against another; defendants in this adversary proceeding were not parties to the agreement. Accordingly,

       IT IS ORDERED that defendants' motion for leave to file a counterclaim for breach of the covenant not to sue is DENIED.

1

Dated: July 7, 2008

Alan Jaroslovsky
U.S. Bankruptcy Judge